[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-10482

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

NEAL MERRELL WALKER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:21-cr-00048-TJC-PDB-2

_____

2                    Opinion of the Court                    23-10482

Before JORDAN, NEWSOM, and ANDERSON, Circuit Judges.

PER CURIAM:

Valerie Linnen, appointed counsel for Neal Walker in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Walker's convictions and sentences are **AFFIRMED**. In addition, because his pending motion addresses the same issues raised on appeal, it is **DENIED** as moot.